Carpenter *v.* The State.

---

CARPENTER *v.* THE STATE.

CRIMINAL LAW AND PRACTICE.—An information for selling liquor without license, need not state the kind of liquor sold, but should aver that it was intoxicating liquor, and on the trial it must be proved to have been such liquor, as the same is defined in the statute on that subject.

APPEAL from the *Steuben* Common Pleas.

*Per Curiam.*—Information for retailing intoxicating liquors

without license.   The judgment below is affirmed, with costs, on the authority of *Simpson* v. *The State*, 17 Ind. 444.

*J. A. Woodhull*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.